In the Matter of WILLIAM MARINICK, Appellant, against LEWIS J. VALENTINE, as Police Commissioner of the City of New York, Respondent.

Argued November 24, 1942; decided January 7, 1943.

*Arthur J. W. Hilly* and *Michael Piznak* for appellant.

*William C. Chanler, Corporation Counsel (Charles F. Murphy* and *Paxton Blair* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.